**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

# MEMORANDUM

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,
Government

-against-

Christian Sanchez
Defendant(s)
---------------------------------------------------------------X

Judge : **Victoria Reznik, U.S.M.J**

Case Number: 26cr317 KMK

TO: **Honorable Kenneth M. Karas , United States District Judge**

On July 24, 2026 a Rule11 allocution was taken on consent of both parties before me pursuant to your to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 07/30/2026
White Plains, New York

Respectfully Submitted,

Victoria Reznik, USMJ